THE TOWNSHIP OF WALL v. THE SOUTH MONMOUTH
REGIONAL SEWERAGE AUTHORITY.

November 7, 1984.

Petition for certification denied.

NEW JERSEY PROPERTY LIABILITY INSURANCE
GUARANTY ASSN. v. STATE OF NEW
JERSEY AND ELWOOD BELL.

November 7, 1984.

Petition for certification denied.   (See 195 *N.J.Super.* 4)

NEW JERSEY PROPERTY LIABILITY INSURANCE
GUARANTY ASSN. v. STATE OF NEW
JERSEY AND ELWOOD BELL.

November 7, 1984.

Cross-petition for certification denied.   (See 195 *N.J.Super.* 4)

UNADO CORPORATION v. TOWNSHIP OF UNION (UNION
COUNTY) AND ATTORNEY GENERAL OF NEW JERSEY.

November 7, 1984.

Petition for certification denied.